UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AQUATEX INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:02-0914 |
| v. ) | JUDGE ECHOLS |
| ) | |
| TECHNICHE SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On remand from the Federal Circuit affirming in part and reversing in part this Court's prior Memorandum and Order (Docket Entry Nos. 69 & 70), <u>Aquatex Indus., Inc. v. Techniche Solutions</u>, 419 F.3d 1374 (Fed. Cir. 2005), and for the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket Entry No. 43) on the remaining issue of patent infringement liability based on the doctrine of equivalents is hereby GRANTED.

(2) Plaintiff's Cross-Motion For Partial Summary Judgment Re Patent Infringement Liability (Docket Entry No. 47) is hereby DENIED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE